Carlos F. Negrete, SBN # 134658
**LAW OFFICES OF CARLOS F. NEGRETE**
27422 Calle Arroyo
San Juan Capistrano, CA 92675-2747
Telephone (949) 493-8115
Telefax     (949) 493-8170

Attorney for Defendant,
KING BIO, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Ex. Rel., ZACHARY HALLSTROM,<br><br>Plaintiff,<br><br>vs.<br><br>AQUA FLORA, INC.; KING BIO, INC.; and DOES 1 to100, Inclusive,<br><br>Defendants. | Case No. 2:10-cv-01459 FCD EFB<br><br>The Honorable Frank C. Damrell, Jr.<br><br>**ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR FALSE PATENT MARKING** |

This Court having considered the Joint Stipulation to Extend Time to Respond to Complaint for False Patent Marking between Defendant, KING BIO, INC. and Plaintiff, UNITED STATES OF AMERICA, Ex. Rel., ZACHARY HALLSTROM, it is hereby,

**ORDERED** that Defendant, KING BIO, INC. shall file its response to Plaintiff''s Complaint up to and including July 26, 2010.

Dated: July 13, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE