NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
Ryan M. Ferrell, Bar No. 258037
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Ex. Rel., ZACHARY HALLSTROM<br><br>Plaintiff,<br><br>vs.<br><br>AQUA FLORA, INC.; KING BIO, INC.,<br><br>Defendants. | Case No.  2:10-CV-01459-KJM-EFB<br><br>**JOINT MOTION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER RE DATE TO COMPLETE DISCOVERY**<br><br>Complaint Filed:   June 11, 2010<br>Trial Date:  November 1, 2011 |

NOW COMES Plaintiff ZACHARY HALLSTROM (hereinafter "Plaintiff") and Defendants AQUA FLORA, INC., and KING BIO, INC., (hereinafter "Defendants"), by and through their respective counsel, and hereby respectfully move this court for leave to modify the Court's Status (Pretrial Scheduling) Order dated November 17, 2010, specifically the date to complete discovery.  In support of this joint motion, Plaintiff and Defendants state as follows:

1.   On or about June 11, 2010, Plaintiff filed this *Qui Tam* action pursuant to 35 U.S.C. § 292(b).

2.   The Court issued its Status (Pretrial Scheduling) Order November 17, 2010.

3.   Pursuant to the Status (Pretrial Scheduling) Order, the parties are to complete discovery by February 9, 2011.

4.   The parties have not completed discovery.  Discovery is ongoing.  The parties do not expect to be able to complete discovery by February 9, 2011.

5.   The parties have discussed the continued discovery and have agreed to extend the date to complete discovery to March 25, 2011, subject to this Court's approval.

6.   This modification should not have an impact on any other deadlines in this case, and neither party will be prejudiced by this extension.

WHEREBY, based on the foregoing reasons, Plaintiff and Defendants respectfully request that the Court modify its Status (Pretrial Scheduling) Order dated November 17, 2010, allowing the parties to extend the date to complete discovery to March 25, 2011.


Respectfully submitted,

Dated: January 27, 2011                    **NEWPORT TRIAL GROUP**


                                           */s/ Ryan M. Ferrell*
                                           Ryan M. Ferrell
                                           Attorneys for Plaintiff


Dated: January 27, 2011                    **LAW OFFICES OF CARLOS F. NEGRETE**


                                           */s/ Carlos F. Negrete*
                                           Carlos F. Negrete
                                           Attorney for Defendants

1   NEWPORT TRIAL GROUP
    A Professional Corporation
2   Scott J. Ferrell, Bar No. 202091
3   Ryan M. Ferrell, Bar No. 258037
    610 Newport Center Drive, Suite 700
4   Newport Beach, CA  92660
5   Tel: (949) 706-6464
    Fax: (949) 706-6469
6
7   Attorneys for Plaintiff

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA, Ex.        Case No.  2:10-CV-01459-KJM-EFB
12  Rel., ZACHARY HALLSTROM
                                         **ORDER RE JOINT STIPULATION**
13             Plaintiff,                **TO EXTEND DISCOVERY**
14
15             vs.
                                         Complaint Filed:   June 11, 2010
16  AQUA FLORA, INC.; KING BIO, INC.,    Trial Date:  November 1, 2011
17             Defendants.
18
19
20

21       This Court having considered the Joint Stipulation to Extend Discovery in the

22  above-captioned matter, it is hereby,

23
         **ORDERED** that all discovery shall be completed by March 25, 2011.  All other
24
    dates remain as previously set.
25

26  Dated: February 4, 2011

27  _____
    UNITED STATES DISTRICT JUDGE
28