1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATE OF AMERICA,
     ex rel., ZACHARY HALSTROM,

11
              Plaintiff,                      No. CIV S-10-1459 KJM EFB
12
          vs.
13
     AQUA FLORA, INC.; and                    ORDER
14   KING BIO, INC.,

15           Defendants.
                                          /
16

17        On March 25, 2011, plaintiff filed a motion to compel discovery and set the matter for

18   hearing on April 20, 2011. Dckt. No. 33.  However, the discovery deadline in this case was

19   March 25, 2011. *See* Feb. 7, 2011 Stip. & Order, Dckt. No. 30; *see also* Nov. 18, 2010 Status

20   (Pretrial Scheduling) Order, Dckt. No. 23.  As set forth in the Status (Pretrial Scheduling) Order,

21   the discovery deadline is the date on which all discovery is to be "completed," which "means

22   that all discovery shall have been conducted so that all depositions have been taken and any

23   disputes relative to discovery shall have been resolved by appropriate order if necessary and,

24   where discovery has been ordered, the order has been obeyed."  Dckt. No. 23; *see also* Dckt. No.

25   30 (continuing the discovery completion deadline that was originally set forth in the Status

26   (Pretrial Scheduling) Order to March 25, 2011).

1

1    This court has no authority to consider a discovery motion after the close of discovery.

2  While plaintiff may file a motion to modify the scheduling order, the motion must be heard and

3  decided by the district judge.  Accordingly, plaintiff's motion to compel discovery, Dckt. No. 33,

4  is hereby vacated.

5    SO ORDERED.

6  DATED:  March 31, 2011.

7  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2