Carlos F. Negrete, SBN # 134658
**LAW OFFICES OF CARLOS F. NEGRETE**
27422 Calle Arroyo
San Juan Capistrano, CA 92675-2747
Telephone (949) 493-8115
Telefax      (949) 493-8170

Attorney for Defendants,
AQUA FLORA, INC. and KING BIO, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Ex. Rel., ZACHARY HALLSTROM, <br><br> Plaintiff, <br><br> vs. <br><br> AQUA FLORA, INC.; KING BIO, INC.; and DOES 1 to100, Inclusive, <br><br> Defendants. | Case No. 2-10-cv-01459-KJM-EFB <br><br> The Honorable Kimberly J. Mueller <br><br><br> **ORDER RE *AMENDED* JOINT STIPULATION TO CONTINUE THE FINAL PRE-TRIAL** |

This Court having considered the Amended Joint Stipulation to Continue the Final Pre-Trial Conference from August 24, 2011 at 11:00 a.m. to September 14, 2011 at 11:00 a.m. between Defendants, AQUA FLORA, INC. and KING BIO, INC. and Plaintiff, UNITED STATES OF AMERICA, Ex. Rel., ZACHARY HALLSTROM, and for good cause shown, it is hereby,

**ORDERED** that the Final Pre-Trial in the above-captioned matter previously set for August 24, 2011 at 2:00 p.m. is continued to September 14, 2011 at 11:00 a.m.

Dated:  August 23, 2011.

_____
UNITED STATES DISTRICT JUDGE